**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6698**

THEODORE ANTONIO FERGUSON,

Petitioner - Appellant,

v.

CLERK OF SUPERIOR COURT FOR WILKES COUNTY; STATE OF N.C.; WILKES COUNTY DISTRICT ATTORNEY,

Respondents - Appellees,

and

WILKES COUNTY,

Respondent.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:20-cv-00100-KDB)

Submitted: August 31, 2022                    Decided: September 7, 2022

Before THACKER, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Theodore Antonio Ferguson, Appellant Pro Se.  Jonathan Porter Babb, Sr., Special Deputy Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Antonio Ferguson, a former North Carolina pretrial detainee, appeals the district court's order dismissing Ferguson's 28 U.S.C. § 2241 petition, in which he challenged his pretrial detention. At the time Ferguson noted his appeal, he was in federal custody but awaiting trial in North Carolina state court on unrelated charges. Ferguson was convicted in the state court proceedings during the pendency of this appeal. Because Ferguson is no longer a state pretrial detainee, his appeal is now moot. *See, e.g., Jackson v. Clements*, 796 F.3d 841, 843 (7th Cir. 2015) (per curiam). We therefore dismiss this appeal as moot.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] If Ferguson wishes to raise his claims in federal court now that he has been convicted, he must do so pursuant to 28 U.S.C. § 2254 after exhausting his state remedies.